McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
ARMAND D. ROTH
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94102
Telephone:  (916) 977-8943
Fax:  (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. JONES,<br><br>            Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>            Defendant. | S-05-CV-02323-WBS-GGH<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT TO<br>JUNE 23, 2006 |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file motion for summary judgment in the above-referenced case is hereby extended to June 23, 2006, and that all subsequent due dates under the Court's Scheduling Order shall be extended accordingly.

    This is the first extension requested re filing of Plaintiff's motion for summary judgment.  The extension is

Stip.& Order Ext. Pl's Time - 2:05-02323          **1**

1  requested because additional time is needed for Plaintiff to
2  prepare his motion for summary judgment.
3      The parties further stipulate that Plaintiff's counsel shall
4  return a facsimile of this stipulation bearing his signature for
5  retention by Defendant's counsel, and that Defendant shall e-file
6  this stipulation pursuant to applicable local rules.

7  DATED: May 24, 2006            /s/ Robert N. Campbell
                                  ROBERT N. CAMPBELL
8                                 Attorney at Law

9                                 Attorney for Plaintiff

10 DATED: May 25, 2006            McGREGOR W. SCOTT
                                  United States Attorney
11                                BOBBIE J. MONTOYA
                                  Assistant U.S. Attorney
12
                              By: /s/ Bobbie J. Montoya for
13                                ARMAND D. ROTH
                                  Special Assistant U.S. Attorney
14
                                  Attorneys for Defendant
15 OF COUNSEL:
   LUCILLE GONZALES MEIS
16 CHIEF COUNSEL, REGION IX
   UNITED STATES SOCIAL SECURITY ADMINISTRATION
17

18
                              ORDER
19

20     APPROVED AND SO ORDERED.

21
   DATED: 5/30/06                 /s/ Gregory G. Hollows
22
                                  GREGORY G. HOLLOWS
23                                UNITED STATES MAGISTRATE JUDGE

24

25 jones.ord

26

27

28 Stip.& Order Ext. Pl's Time - 2:05-02323        **2**