IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT E. JONES,

      Plaintiff,                      No. CIV S-05-2323 WBS GGH

      vs.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

                                ORDER

      Defendant.

                                /

          Presently before the court are the parties' cross-motions for summary judgment. In reviewing the record, it appears that the issue of plaintiff's drug use has not been properly analyzed. It is the court's tentative view that there is significant evidence of marijuana use in the record, and that the case must be remanded to the ALJ to perform an appropriate analysis of whether drug addiction is a contributing factor material to disability pursuant to 42 U.S.C. § 423(d)(2)(C). See Bustamante v. Massanari, 262 F.3d 949 (9th Cir. 2001) (setting forth procedure). Therefore, the parties shall brief this issue. The cross-motions will be vacated pending this further briefing and may be reinstated at a later date.

\\\\\

\\\\\

1

1    Accordingly, IT IS ORDERED that:

2    1. The cross-motions for summary judgment, filed June 27 and July 26, 2006, are

3 vacated.

4    2. The parties shall file briefing on the issue of plaintiff's drug dependence within

5 twenty days of this order.

6 DATED: 1/30/07

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

GGH/076
Jones2323.brf.wpd