IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT E. JONES,

    Plaintiff,                              CIV-S-05-2323 WBS GGH

    vs.

MICHAEL J. ASTRUE,                  <u>ORDER</u>
Commissioner of Social Security,

    Defendant.

_____/

        On April 11, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. The Commissioner filed Objections on April 17, 2007. The court invites plaintiff's response to those objections. Plaintiff shall file his response within 30 days from the date of this order, after which the court will take the matter under submission.

        IT IS SO ORDERED.

DATED: April 30, 2007

                            WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE

1