UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ROBERT E. JONES,

       Plaintiff,

  v.

JOANNE B. BARNHART,
Commissioner of the
Social Security
Administration,

       Defendant.
_____/

NO. CIV. S-05-2323
WBS-GGH

ORDER

----oo0oo----

The court having read and considered the Findings and Recommendations of the Magistrate Judge, filed April 11, 2007, having further read and considered the Objections filed by defendant on April 17, 2007, having invited plaintiff's response by Order dated April 30, 2007, and having received and

1

1 considered plaintiff's response to defendant's objections filed
2 May 29, 2007,
3       IT IS HEREBY ORDERED that the findings of the
4 Magistrate Judge are adopted in full and plaintiff's Motion for
5 Summary Judgment or Remand is granted in part, the
6 Commissioner's Cross Motion for Summary Judgment is granted in
7 part and denied in part, and the Clerk is directed to enter
8 judgment for the plaintiff.  This case is remanded for further
9 findings pursuant to sentence four of 42 U.S.C. § 405(g), based
10 on the lack of vocational testimony.
11 DATED:  December 11, 2007

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE