Robert N. Campbell, Esq. State Bar No. #95679
**CAMPBELL & CLARK**
Attorneys at Law
1648 Riverside Drive
Redding, CA 96001
(530) 244-6286 Phone
(530) 244-3672 Facsimile

Attorneys for Plaintiff,
**ROBERT E. JONES**
Social Security Number: 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

# United States District Court
# Eastern District of California

| | |
|---|---|
| ROBERT E. JONES, | **Case No.** 2:05-CV-02323-WBS-GGH |
| Plaintiff, | **STIPULATION RE: PAYMENT OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |
| vs. | **[28 U.S.C. section 2412(d)]** |
| JOANNE B. BARNHART, Commissioner of the Social Security Administration, DOES 1-20 Inclusive, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee (per Exhibit "A"), be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. section 2412(d), in the amount of ONE THOUSAND TWO HUNDRED FIFTY-TWO DOLLARS and FIFTY CENTS ($1,252.50). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. section 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney's fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of ONE THOUSAND TWO HUNDRED FIFTY-TWO DOLLARS and FIFTY CENTS ($1,252.50) in EAJA attorney's fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action.

Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney's fees under 42 U.S.C. section 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: March 7, 2008           **CAMPBELL & CLark**

_____
**ROBERT N. CAMPBELL, ESQ**.
Attorney for Plaintiff
**ROBERT JONES**

Dated: March 7, 2008           **McGREGOR W. SCOTT**
**United States Attorney**
**LUCILLE GONZALES MEIS**
**Regional Chief Counsel, Region IX**
**Social Security Administration**

_____
**ARMAND ROTH**
**(As authorized via e-mail)**
**Special Assistant U.S. Attorney**
**Attorneys for Defendant**

## ORDER

APPROVED AND SO ORDERED:

Dated: 03/21/08                /s/ Gregory G. Hollows
_____
**GREGORY G. HOLLOWS**
United States Magistrate Judge

**jones.eaja**